| | |
|---|---|
| IN RE:<br>DANIEL T DEYO<br>　　　　DEBTOR | CASE NO. 1:23-bk-00710-HWV<br>CHAPTER 13 |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:　　　　　　　　　　　FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:　04/29/2024

OLD NOTICE ADDRESS:　　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW NOTICE ADDRESS:　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:　　　10500 Kincaid Drive, Suite 300
　　　　　　　　　　　　　　　Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　Fishers, IN 46037-7939

Dated: September 18, 2024

　　　　　　　　　　　　　　　　　*/s/Lorri Beltz*
　　　　　　　　　　　　　　　　　Lorri Beltz, Vice President, Default
　　　　　　　　　　　　　　　　　Freedom Mortgage Corporation
　　　　　　　　　　　　　　　　　11988 Exit 5 Parkway, Building 4
　　　　　　　　　　　　　　　　　Fishers, IN 46037-7939
　　　　　　　　　　　　　　　　　Telephone: (855) 690-5900

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

| | |
|---|---|
| IN RE:<br>DANIEL T DEYO<br>                **DEBTOR** | CASE NO. 1:23-bk-00710-HWV<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

PAUL DONALD MURPHY-AHLES
DETHLEFS PYKOSH & MURPHY
2132 Market St
Camp Hill PA 17011-4706
*Counsel for Debtor*

JACK N ZAHAROPOULOS
8125 Adams Dr Ste A
Hummelstown PA 17036-8625
*Chapter 13 Trustee*

DANIEL T DEYO
705 Old Silver Spring Rd
Mechanicsburg PA 17055-2882
*Debtor*

<u>This 18th Day of September, 2024</u>

                                            */s/Lorri Beltz*
                                            Lorri Beltz, Vice President, Default
                                            Freedom Mortgage Corporation
                                            11988 Exit 5 Parkway, Building 4
                                            Fishers, IN 46037-7939
                                            Telephone: (855) 690-5900