# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Daniel T. Deyo<br>**Debtor 1** | **Chapter** 13 |
| Freedom Mortgage Corporation<br>**Movant(s)**<br>v.<br>Daniel T. Deyo<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Case No.** 1:23-BK-00710-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 29 |

### DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Daniel T. Deyo, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Uon information and belief, the averment as stated in Paragraph 3 is admitted.

4. Denied. Debtor(s) are without sufficient information as to the truth of the averment as stated in Paragraph 4; therefore, it is denied.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Admitted.

7. Upon information and belief, the averment as stated in Paragraph 6 is admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

8. Admitted.

9. Admitted in part, denied in part. It is admitted that the next payment is due on or before October 1, 2024 in the amount of $665.70. Debtor(s) are without sufficient knowledge as to the truth of the remaining averments as stated in Paragraph 9; therefore, they are denied.

10. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 10; therefore, it is denied.

11. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 11; therefore, it is denied.

12. Paragraph 12 contains a conclusion of law to which no response is required.

13. Paragraph 13 contains a conclusion of law to which no response is required.

14. Paragraph 14 contains a conclusion of law to which no response is required.

15. Paragraph 15 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: September 26, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

Daniel T. Deyo
    **Debtor 1**

Freedom Mortgage Corporation
    **Movant(s)**
      v.
Daniel T. Deyo

    **Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
    **Additional Respondent**

**Chapter** 13

**Case No.** 1:23-BK-00710-HWV

**Matter:** Motion for Relief from the Automatic Stay

**Document No.** 29

# CERTIFICATE OF SERVICE

I hereby certify that on Thursday, September 26, 2024, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Ryan Starks, Esquire
BROCK & SCOTT
3825 Forrestgate Drive
Winson-Salem, NC 27103
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire