Rev. Dec 1, 2011

**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**DANIEL T DEYO**<br><br>Debtor(s)<br><br>**Freedom Mortgage Corporation**<br><br>Plaintiff(s)/ Movants<br><br>vs.<br>DANIEL T DEYO<br><br>Defendant(s)/ Respondent(s) | **CHAPTER** 13<br>**CASE NO.** 1:23-bk-00710-HWV<br>**NATURE OF PROCEEDING:** Motion for Relief from Stay<br>**DOCUMENT No.** 29 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*** 

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☒ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **October 17, 2024**  /s/ Mario Hanyon

    Attorney for: Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

Case 1:23-bk-00710-HWV   Doc 31   Filed 10/21/24   Entered 10/21/24 08:28:34   Desc
Main Document    Page 1 of 1