

12433-PAM-DE-040617005

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 13, 2026, at 12:51 o'clock PM EST, Daniel Tuffield Deyo completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  February 13, 2026                    By:    /s/Lisa Susoev

                                           Name:  Lisa Susoev

                                           Title:  Teacher